UNITED STATES *versus* STEPHEN MACK AND BENJAMIN WOODWORTH.

JOURNAL ENTRIES: (1) Oct. 3, 1821: continued; (2) Sept. 21, 1822: rule to plead; (3) Oct. 7, 1822: continued; (4) Sept. 15, 1823: replication to plea filed; (5) Oct. 9, 1823: jury trial, verdict for defendant.

PAPERS IN FILE (1821–23): (1) Capias and return; (2) precipe for subpoena; (3) subpoena; (4) declaration, profert, demand for oyer, oyer, plea of performance; (5) affidavit for continuance; (6) subpoena; (7) rejoinder; (8) copy of bond.

*File No.* . . . . .

UNITED STATES *versus* SHUBAEL CONANT AND JAMES McCLOSKEY, ADMINISTRATORS, ETC., OF OTIS FISHER, DECEASED.

JOURNAL ENTRIES: (1) Oct. 3, 1821: continued by consent, rule for bill of particulars; (2) Sept. 21, 1822: motion for judgment; (3) Oct. 8, 1822: motion for judgment on transcript of account with United States, motion for judgment; (4) Oct. 9, 1822: motion for continuance granted; (5) Oct. 8, 1823: jury trial, verdict for plaintiff, motion by plaintiff for new trial; (6) Oct. 10, 1823: motion for new trial withdrawn, motion for judgment, judgment.

PAPERS IN FILE (1821–25): (1) Precipe for summons; (2) summons and return; (3) precipe for subpoena; (4) subpoena; (5) declaration; (6) plea of non assumpsit; (7) affidavit for continuance; (8) precipe for subpoena; (9) subpoena; (10) motion and reasons for new trial; (11) affidavit for continuance; (12) subpoena; (13) precipe for fi. fa.; (14) writ of fi. fa., return, inquisition; (15) taxed bill of costs; (16) receipt—marshal to clerk; (17) statement of account—United States to Edward Farrell, receipt—Edward Farrell to Otis Fisher.

*File No.* . . . . .

UNITED STATES *versus* GEORGE BOYD.

JOURNAL ENTRIES: (1) Oct. 3, 1821: motion for judgment, plea filed; (2) Oct. 13, 1821: motion for judgment overruled, continued; (3) Sept. 23, 1822: motion for venire facias granted; (4) Oct. 8, 1822: motion for leave to amend plea by filing notice of set off overruled, jury trial, verdict for plaintiff, motion in arrest of judgment; (5) Oct. 9, 1822: motion for judgment on verdict; (6) Oct. 10, 1822: reasons in arrest of judgment filed, motion for judgment, judgment, motion for new trial overruled.

PAPERS IN FILE (1821–24): (1) Precipe for capias; (2) capias and return; (3) recognizance, bail piece; (4) declaration (filed de bene esse); (5) plea of non assumpsit; (6) notice to produce papers—James D. Doty to Solomon Sibley; (7) verdict; (8) motion for new trial; (9) reasons in arrest of judgment; (10) precipe for fi. fa.; (11) writ of fi. fa. and return; (12) precipe for alias fi. fa.; (13) alias fi. fa. and return; (14–15) Treasury transcripts.

*File No.* . . . . . *Larned Docket*, MS p. 30.

UNITED STATES *versus* JOHN MELDRUM.

JOURNAL ENTRIES: (1) Oct. 3, 1821: marshal ruled to bring body; (2) Oct. 12, 1821: recognizance, motion for judgment; (3) Oct. 13, 1821: arguments heard, judgment.

PAPERS IN FILE (1821): (1) Capias and return; (2) recognizance, bail piece; (3) Treasury transcript.

*File No.* . . . . .

UNITED STATES *versus* RICHARD SMYTH, CONRAD TEN EYCK, AND BENJAMIN CHITTENDEN.

JOURNAL ENTRIES: (1) Oct. 12, 1821: defendants discharged on common bail; (2) Oct. 13, 1821: continued; (3) Sept. 21, 1822: judgment for costs.

PAPERS IN FILE (1820): (1) Precipe for process; (2) capias and return.

*File No.* . . . . . *Larned Docket*, MS p. 13.